No. 776. FLIGHT ENGINEERS' INTERNATIONAL ASSOCIATION, EAL CHAPTER, AFL–CIO, *v.* EASTERN AIR LINES, INC. C. A. 2d Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *I. J. Gromfine* and *Herman Sternstein* for petitioner. *Burton A. Zorn, Marvin E. Frankel, William Roth* and *W. Glen Harlan* for respondent. ■

No. 603, Misc. HYDE *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *L. Robert Evans* and *Harris James George* for petitioner.

No. 665, Misc. HEATH ET AL. *v.* CELEBREZZE, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 4th Cir. Certiorari denied. *John Bolt Culbertson* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for respondent.

No. 678, Misc. WOLFE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 732, Misc. COMER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for the United States.

No. 776, Misc. DELANEY *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied. ■